IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20870
_____


PAULINO ZAVALA,

Plaintiff-Appellant,

versus

CITY OF HOUSTON, TEXAS,

Defendant-Appellee.

- - - - - - - - - - - -
Appeal from the Untied States District Court
for the Southern District of Texas
(H-97-CV-3098)
- - - - - - - - - - - -

September 14, 1999

ON PETITION FOR REHEARING


Before JOLLY and SMITH, Circuit Judges, and SARAH S. VANCE,[*] District Judge.

PER CURIAM:

We treat counsel's letter of September 14, 1999, as a petition for rehearing. The panel opinion contains two minor errors on pages 2 and 4. The panel erroneously confused Officer Zavala's disciplinary case number (96-1832), with his personnel number (84155). Thus, the panel was in error on page 2 of its opinion in

_____

[*] United States District Judge, Eastern District of Louisiana, sitting by designation.

stating: "Thus, the City argues that because he can disclose no information concerning his suspension in case number 84155,. . ." and on page 4 of its opinion in stating: "A straightforward reading of the writings in this case leads to a conclusion that each agreement is limited to a specific waiver of Officer Zavala's right to appeal his twenty calendar day disciplinary suspension in a specific case, number 84155."  In both respects, the opinion should have referred to number 96-1832 instead of 84155.  In this respect, we amend the panel opinion to reflect these changes.

In all other respects, the petition for rehearing is

D E N I E D.